UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>ex rel ROBERT I. GOEGGEL, )<br>)<br>    Plaintiff(s), )<br>)<br>vs. )<br>)<br>)<br>BARNES-JEWISH HOSPITAL, et al., )<br>)<br>    Defendant(s). ) | Case No. 4:96CV2208 JCH<br>Case No. 4:99CV985 JCH |

## **ORDER**

This matter is before the Court on Plaintiff Robert Goeggel's Motions for Clarification of Protective Orders or, in the Alternative, to Modify Same, filed August 29, 2007. (Case No. 4:96CV2208, Doc. No. 227; Case No. 4:99CV985, Doc. No. 168). In his motions, Plaintiff first requests that the Court clarify that the Protective Orders previously entered in these cases were lifted in 2001, and/or that in any event, such Protective Orders did not and do not prohibit any person from testifying or providing information in the pending state court malpractice action with respect to any thoughts, recollections, knowledge, or mental impressions they gained or formed before, during or after the qui tam litigation, relating to the subject matter thereof, or any notes or other memoranda prepared that concern or relate to matters reviewed or learned in the course of the qui tam litigation. Alternatively, Plaintiff requests that the Court modify the Protective Orders, to the extent necessary to allow such testimony and the production of such notes and materials.

Upon consideration of the parties' submissions, the Court finds no reason to clarify or modify the stipulated Protective Orders entered in these long-closed cases. Plaintiff's motions will therefore be denied.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motions for Clarification of Protective Orders or, in the Alternative, to Modify Same (Case No. 4:96CV2208, Doc. No. 227; Case No. 4:99CV985, Doc. No. 168) are **DENIED**.

Dated this 14th day of November, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE